```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15576
  PENNY MYERS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-8728
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/17/08 and confirmed on 09/12/08.

2. The case was converted to Chapter 7 after confirmation, 10/15/2008.

3. The Debtor paid a total of $ 2109.82 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 37072.91 | .00 | .00 |
| WILSHIRE CREDIT CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| BAKER MILLER MARKOFF | UNSECURED | NOT FILED | .00 | .00 |
| CATALYST INTERVENTIONS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | SECURED VEHIC | 1000.00 | 5.00 | 145.38 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| KONZ & LACEY | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MONCO SVCS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDITOR ADJUST | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| VALENTINE & KEBARTAS | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 1339.09 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 38072.91 | .00 | 1339.09 | .00 | 39412.00 |

```
PRINCIPAL PAID              145.38            .00          .00          .00        145.38
INTEREST PAID                 5.00            .00          .00          .00          5.00
TOTAL PAID                  150.38            .00          .00          .00        150.38
```
The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $    3500.00
and was paid $     732.00   direct and $    1524.19   through the plan.

The Trustee received $      93.72 .

Refunds to the Debtor totaled $     341.53 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


　　Dated: 01/22/09                   /S/
　　　　　　　　　　　　　　　　　　　GLENN STEARNS
　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE